UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE: DONALD FRANCIS LEWIS, III

        DEBTOR(S).        CHAPTER: 7
_____/ CASE NO: 19-31111-KKS

**NOTICE OF FILING AMENDED SCHEDULE A, D, AND STATEMENT OF INTENTION**

Debtor(s), DONALD FRANCIS LEWIS, III, hereby give(s) notice of filing of the attached Amended Schedule A, D and Statement of Intention herein.

**DECLARATION CONCERNING DEBTOR'S SCHEDULES**

I declare that I have read the foregoing Notice of Filing and attached Amended Schedule A, D, and Statement of Intention, and that the information contained therein is true and correct to the best of my knowledge, information, and belief.

DATED:    July 30, 2021.

*/s/ Donald Francis Lewis*
DONALD FRANCIS LEWIS

                          */s/ Amy Logan Sliva*
                          AMY LOGAN SLIVA
                          Florida Bar Number: 394793
                          313 West Gregory Street
                          Pensacola, Florida 32502
                          (850) 438-6603
                          Amysliva@slivalawfirm.com
                          Attorney for Debtor(s)

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing to KARIN A. GARVIN, TRUSTEE, trustee@kgravinlaw.com, and by US MAIL to BANK OF AMERICA, N.A. BANKRUPTCY DEPT., 16001 N. Dallas Pkwy, Addison, TX 75001 and IRIS KWON, ESQ., TROMBERG, MORRIS & POULIN, PLLC, 1515 South Federal Highway, Ste. 100, Boca Raton, FL 33432 on the same date as reflected on the court's docket as the electronic filing date for this document.

                          */s/ Amy Logan Sliva*
                          AMY LOGAN SLIVA

7/30/21 4:13PM

Fill in this information to identify your case and this filing:

Debtor 1: **Donald Francis Lewis, III**
First Name / Middle Name / Last Name

Debtor 2 (Spouse, if filing):
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: NORTHERN DISTRICT OF FLORIDA

Case number: 19-31111

■ Check if this is an amended filing

# Official Form 106A/B
# Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☐ No. Go to Part 2.
   ■ Yes. Where is the property?

1.1
**7428 San Ramon Dr.**
Street address, if available, or other description

**Milton**   FL   **32583-0000**
City / State / ZIP Code

**Santa Rosa**
County

What is the property? Check all that apply
■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

Who has an interest in the property? Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property?
**$145,345.00**

Current value of the portion you own?
**$145,345.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
**Owner/Homestead**

☐ Check if this is community property (see instructions)

Debtor 1  **Donald Francis Lewis, III**  Case number (if known) **19-31111**

**If you own or have more than one, list here:**

**1.2**

**5112 Deer Valley Ct.**
Street address, if available, or other description

**Milton**   **FL**   **32571-0000**
City        State    ZIP Code

**Santa Rosa**
County

**What is the property?** Check all that apply
- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ■ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other Information you wish to add about this item, such as local property identification number:

**(AMENDED) Former marital home awarded to ex-wife in 2014 divorce decree, her homestead and she lives there, but may still be joint on deed).**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.

Current value of the entire property?  **$145,020.00**

Current value of the portion you own?  **$145,020.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
**Co-Owner**

☐ Check if this is community property (see instructions)

---

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here............=>   **$290,365.00**

### Part 2: Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases*.

3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles
☐ No
■ Yes

**3.1** Make: **Chevy**
Model: **Camaro**
Year: **2011**
Approximate mileage: **60000+**
Other information:
**Location: 7428 San Ramon Dr., Milton FL 32583**

**Who has an interest in the property?** Check one
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Current value of the entire property?  **$8,175.00**
Current value of the portion you own?  **$8,175.00**

**3.2** Make: **Chevy**
Model: **Traverse**
Year: **2017**
Approximate mileage:
Other Information:
**(joint with Jessica Ring) Location: 7428 San Ramon Dr., Milton FL 32583**

**Who has an interest in the property?** Check one
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Current value of the entire property?  **$17,050.00**
Current value of the portion you own?  **$17,050.00**

| Debtor 1 | Donald Francis Lewis, III | Case number (if known) | 19-31111 |
|---|---|---|---|

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ■ No
   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here...........................................=>   **$25,225.00**

### Part 3: Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?   Current value of the portion you own? Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes. Describe.....

   | 1-Refrigerator $50; 1-Microwave $25; 1-Vacuum $10; 1-Coffeemaker $5; Pots/Pans/Dishes $25; Silverware $10; 1-TV $50; 1-Stereo $100; 1-Kitchen Table $50; Misc. Tools $200; 1-Bed $50; 1-Chest $50; 2-Night Stands $50<br>Location: 7428 San Ramon Dr., Milton FL 32583 | $675.00 |
   |---|---|
   | 1-Couch & Loveseat $500<br>Location: 7428 San Ramon Dr., Milton FL 32583 | $500.00 |

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ■ No
   ☐ Yes. Describe.....

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No
   ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ■ Yes. Describe.....

   | Misc. balls and some baseball bats $50<br>Location: 7428 San Ramon Dr., Milton FL 32583 | $50.00 |
   |---|---|

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes. Describe.....

| Clothes $50<br>Location: 7428 San Ramon Dr., Milton FL 32583 | $50.00 |

**12. Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
   ☐ No
   ■ Yes. Describe.....

| 2-Watches $50; 1-Ring $10<br>Location: 7428 San Ramon Dr., Milton FL 32583 | $60.00 |

**13. Non-farm animals**
   *Examples:* Dogs, cats, birds, horses
   ■ No
   ☐ Yes. Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**
   ■ No
   ☐ Yes. Give specific information.....

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here .................................................................................  **$1,335.00**

### Part 4: Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

Current value of the portion you own? Do not deduct secured claims or exemptions.

**16. Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
   ■ No
   ☐ Yes.............

**17. Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
   ☐ No
   ■ Yes.....................

   Institution name:

| 17.1. | Checking | Pen Air | $460.13 |
| 17.2. | Savings | Pen Air | $25.00 |
| 17.3. | Checking | Navy Federal | $0.00 |
| 17.4. | Savings | Navy Federal | $30.00 |

**18. Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
   ■ No
   ☐ Yes................     Institution or issuer name:

| Debtor 1 | Donald Francis Lewis, III | Case number (if known) | 19-31111 |
|---|---|---|---|

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
■ No
☐ Yes. Give specific information about them...........
   Name of entity:                                    % of ownership:

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
■ No
☐ Yes. Give specific information about them
   Issuer name:

**21. Retirement or pension accounts**
   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
■ No
☐ Yes. List each account separately.
   Type of account:        Institution name:

**22. Security deposits and prepayments**
   Your share of all unused deposits you have made so that you may continue service or use from a company
   *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
■ No
☐ Yes. .................        Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
■ No
☐ Yes............    Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
■ No
☐ Yes............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
■ No
☐ Yes. Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
■ No
☐ Yes. Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
■ No
☐ Yes. Give specific information about them...

**Money or property owed to you?**                                                        Current value of the portion you own? Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**
■ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

**29. Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
■ No
☐ Yes. Give specific information......

| Debtor 1 | Donald Francis Lewis, III | Case number (if known) | 19-31111 |
|---|---|---|---|

**30. Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
   ■ No
   ☐ Yes. Give specific information..

**31. Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
   ☐ No
   ■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| American First Term Life Insurance Policy | | $0.00 |

**32. Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
   ■ No
   ☐ Yes. Give specific information..

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
   ■ No
   ☐ Yes. Describe each claim.........

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
   ■ No
   ☐ Yes. Describe each claim.........

**35. Any financial assets you did not already list**
   ■ No
   ☐ Yes. Give specific information..

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.................................................................................**  $515.13

**Part 5: Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

**37. Do you own or have any legal or equitable interest in any business-related property?**
   ■ No. Go to Part 6.
   ☐ Yes. Go to line 38.

**Part 6: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
   ■ No. Go to Part 7.
   ☐ Yes. Go to line 47.

**Part 7: Describe All Property You Own or Have an Interest In That You Did Not List Above**

| Debtor 1 | Donald Francis Lewis, III | Case number *(if known)* | **19-31111** |
|---|---|---|---|

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ☐ No
    ■ Yes. Give specific information.........

| Old Patio Furniture $25<br>Location: 7428 San Ramon Dr., Milton FL 32583 | $25.00 |
|---|---|

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ..................................... $25.00

### Part 8: List the Totals of Each Part of this Form

| | | | |
|---|---|---|---|
| 55. | Part 1: Total real estate, line 2 .................................................................................. | | $290,365.00 |
| 56. | Part 2: Total vehicles, line 5 | $25,225.00 | |
| 57. | Part 3: Total personal and household items, line 15 | $1,335.00 | |
| 58. | Part 4: Total financial assets, line 36 | $515.13 | |
| 59. | Part 5: Total business-related property, line 45 | $0.00 | |
| 60. | Part 6: Total farm- and fishing-related property, line 52 | $0.00 | |
| 61. | Part 7: Total other property not listed, line 54 | + $25.00 | |
| 62. | Total personal property. Add lines 56 through 61... | $27,100.13 | Copy personal property total $27,100.13 |
| 63. | **Total of all property on Schedule A/B. Add line 55 + line 62** | | **$317,465.13** |

Fill in this information to identify your case:

Debtor 1  **Donald Francis Lewis, III**
          First Name    Middle Name    Last Name

Debtor 2
(Spouse if, filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF FLORIDA

Case number  **19-31111**
(if known)

■ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?

   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

   ■ Yes. Fill in all of the information below.

**Part 1: List All Secured Claims**

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion if any |
|---|---|---|---|---|
| 2.1 **Aarons Sales & Rental**<br>Creditor's Name<br><br>**61 East Brent Lane**<br>**Pensacola, FL 32503**<br>Number, Street, City, State & Zip Code<br><br>Who owes the debt? Check one.<br>■ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ Check if this claim relates to a community debt<br><br>Date debt was incurred _____ | Describe the property that secures the claim:<br><br>1-Couch & Loveseat $500<br>Location: 7428 San Ramon Dr.,<br>Milton FL 32583<br><br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Nature of lien. Check all that apply.<br>☐ An agreement you made (such as mortgage or secured car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☐ Judgment lien from a lawsuit<br>■ Other (including a right to offset)  **Secured Loan**<br><br>Last 4 digits of account number _____ | $700.00 | $500.00 | $0.00 |

| Debtor 1 | Donald | Francis | Lewis, III | | Case number (if known) | 19-31111 |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

| 2.2 | Bank of America, N.A. Bankruptcy Dept. | Describe the property that secures the claim: | Unknown | $145,020.00 | Unknown |
|---|---|---|---|---|---|
| | Creditor's Name | | | | |

5112 Deer Valley Ct. Milton, FL 32571  Santa Rosa County (AMENDED) Former marital home awarded to ex-wife in 2014 divorce decree, her homestead and she lives there, but may still be joint on deed).

16001 N. Dallas Pkwy
Addison, TX 75001
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   Mortgage

Date debt was incurred           Last 4 digits of account number   8704

| 2.3 | Members First Credit Union | Describe the property that secures the claim: | $10,675.00 | $8,175.00 | $2,500.00 |
|---|---|---|---|---|---|
| | Creditor's Name | | | | |

2011 Chevy Camaro 60000+ miles Location: 7428 San Ramon Dr., Milton FL 32583

64 South Reus Street
Pensacola, FL 32501
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   Auto Loan

Date debt was incurred  08/2015    Last 4 digits of account number   9508

| Debtor 1 | Donald Francis Lewis, III | | Case number (if known) | 19-31111 |
|---|---|---|---|---|
| | First Name  Middle Name  Last Name | | | |

| 2.4 | **Members First Credit Union**<br>Creditor's Name | Describe the property that secures the claim: | $27,075.00 | $17,050.00 | $10,025.00 |
|---|---|---|---|---|---|

2017 Chevy Traverse
(joint with Jessica Ring)
Location: 7428 San Ramon Dr.,
Milton FL 32583

64 South Reus Street
Pensacola, FL 32501
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  Auto Loan

Date debt was incurred  01/2018         Last 4 digits of account number  9508

| 2.5 | **Navy Federal Credit Union**<br>Creditor's Name | Describe the property that secures the claim: | $208,125.00 | $145,345.00 | $0.00 |
|---|---|---|---|---|---|

7428 San Ramon Dr. Milton, FL 32583  Santa Rosa County

Bankruptcy Department
P O Box 3700
Merrifield, VA 22119-3700
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  Mortgage

Date debt was incurred  08/2018         Last 4 digits of account number  4368

| Add the dollar value of your entries in Column A on this page. Write that number here: | $246,575.00 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $246,575.00 |

**Part 2:** List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

[ ]  Name, Number, Street, City, State & Zip Code
Iris Kwon, Esq.
Tromberg, Morris & Poulin, PLLC
1515 South Federal Highway
Ste. 100
Boca Raton, FL 33432

On which line in Part 1 did you enter the creditor?  2.2
Last 4 digits of account number ___

**Fill in this information to identify your case:**

Debtor 1: Donald Francis Lewis, III

Debtor 2 (Spouse if, filing):

United States Bankruptcy Court for the: NORTHERN DISTRICT OF FLORIDA

Case number (if known): 19-31111

☒ Check if this is an amended filing

## Official Form 108
## Statement of Intention for Individuals Filing Under Chapter 7

12/15

If you are an individual filing under chapter 7, you must fill out this form if:
☒ creditors have claims secured by your property, or
☒ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

**Part 1: List Your Creditors Who Have Secured Claims**

1. For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: Aarons Sales & Rental<br><br>Description of property securing debt: 1-Couch & Loveseat $500 Location: 7428 San Ramon Dr., Milton FL 32583 | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☒ Retain the property and enter into a Reaffirmation Agreement.<br>☐ Retain the property and [explain]: | ☐ No<br>☒ Yes |
| Creditor's name: Bank of America, N.A. Bankruptcy Dept.<br><br>Description of property securing debt: 5112 Deer Valley Ct. Milton, FL 32571 Santa Rosa County (AMENDED) Former marital home awarded to ex-wife in 2014 divorce decree, her homestead and she lives there, but may still be joint on deed). | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a Reaffirmation Agreement.<br>☒ Retain the property and [explain]:<br><br>Spouse will continue to make payments | ☒ No<br>☐ Yes |
| Creditor's name: Members First Credit Union | ☐ Surrender the property. | ☐ No |

Official Form 108        Statement of Intention for Individuals Filing Under Chapter 7        page 1

| Debtor 1 | Donald Francis Lewis, III | | Case number (if known) | 19-31111 |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| name: | | ☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: | ■ Yes |
| Description of property securing debt: | 2011 Chevy Camaro 60000+ miles<br>Location: 7428 San Ramon Dr., Milton FL 32583 | | |
| Creditor's name: | Members First Credit Union | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: | ☐ No<br>■ Yes |
| Description of property securing debt: | 2017 Chevy Traverse (joint with Jessica Ring)<br>Location: 7428 San Ramon Dr., Milton FL 32583 | | |
| Creditor's name: | Navy Federal Credit Union | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: | ☐ No<br>■ Yes |
| Description of property securing debt: | 7428 San Ramon Dr. Milton, FL 32583  Santa Rosa County | | |

**Part 2:  List Your Unexpired Personal Property Leases**

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name: | ☐ No |

| Debtor 1 | Donald Francis Lewis, III | Case number (if known) | 19-31111 |
|---|---|---|---|

Description of leased Property:  ☐ Yes

## Part 3: Sign Below

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X  /s/ Donald Francis Lewis, III
**Donald Francis Lewis, III**
Signature of Debtor 1

Date  7/30/2021

X _____
Signature of Debtor 2

Date _____